IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KELLIE WELCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOLAR DIMENSIONS, INC., )<br>SOLAR DIMENSIONS CORPORATE, )<br>INC. d/b/a THE SOLARIUM and )<br>BENEFIT COMPLIANCE, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION FILE<br>NO. 1:06-cv-2160-JEC |

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW Edward D. Buckley and Andrea Doneff and Buckley & Klein, LLP, Counsel for Plaintiff Kellie Welch, and moves this Court for leave to withdraw as counsel of record for Plaintiff in the above-styled case. In support of this motion, Mr. Buckley and Ms. Doneff show the Court the following:

1. The law firm of Buckley & Klein, LLP and attorneys Edward D. Buckley and Andrea Doneff wish to withdraw as counsel of record for Plaintiff and pursuant to Uniform Local Rule 83.1(E), request an Order permitting them to withdraw.

2. Prior notice of Mr. Buckley and Ms. Doneff's intentions to request permission to withdraw from representing Ms. Welch in the above-styled case, meeting all notice requirements set forth by Local Rule 83.1E, has been sent to the client via U.S. certified mail with return receipt requested to her last known address and to her e-mail address. (Exhibit 1).

3. A Notice of Withdrawal, pursuant to the Local Rule, is being properly served upon opposing counsel via the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of records.

4. The Court will retain jurisdiction of this action.

For the convenience of the Court, a proposed Order granting the Motion is attached.

THEREFORE, Plaintiff's Counsel MOVES this Court to grant the motion to withdraw.

This 6th day of April, 2007.

        BUCKLEY & KLEIN, LLP

        s/ Edward D. Buckley
        Georgia Bar No. 092750
        edbuckley@buckleyklein.com

        s/ Andrea Doneff
        Georgia Bar No. 225640
        adoneff@buckleyklein.com

Atlantic Center Plaza, Suite 1100
1180 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 781-1100
Facsimile: (404)781-1101
Attorneys for Plaintiff

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that the foregoing has been prepared in the Times New Roman 14 font, as approved by the Court in LR 5.1B.

                BUCKLEY & KLEIN, LLP

                s/ Edward D. Buckley
                Georgia Bar No. 092750
                edbuckley@buckleyklein.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2007, I electronically filed the **Motion for Leave to Withdraw** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Christine L. Mast
    Matthew George McLaughlin
    Henry Grady Thrasher, IV
    Kimberly A. Worth

                      BUCKLEY & KLEIN, LLP

                      s/ Edward D. Buckley
                      Georgia Bar No. 092750
                      edbuckley@buckleyklein.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KELLIE WELCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOLAR DIMENSIONS, INC., )<br>SOLAR DIMENSIONS CORPORATE, )<br>INC. d/b/a THE SOLARIUM and )<br>BENEFIT COMPLIANCE, INC., )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION FILE<br>NO. 1:06-cv-2160-JEC |

## **ORDER**

Having read and considered Plaintiff's Counsel's Motion for Leave to Withdraw and for good cause shown, the Court hereby GRANTS Buckley & Klein, LLP, specifically attorneys Edward D. Buckley and Andrea Doneff's Motion to Withdraw as Counsel for Plaintiff Kellie Welch pursuant to Uniform Local Rule 83.1E.

It is SO ORDERED this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

5